| General Assembly of Georgia<br>State Capitol, Room 434<br>Atlanta GA 30334 | Pay Group: MS1-Monthly Salaried - Members<br>Pay Begin Date: 07/01/2025<br>Pay End Date: 07/31/2025 | Business Unit: 44400<br>Check #: 000000000223739<br>Check Date: 07/31/2025 |
|---|---|---|
| Dexter Sharper<br>19 Sharper Circle<br>Valdosta GA 31601 | Employee ID: 01002307<br>Department: 44402200-House Members<br>Location: 30334 Fulton Atlanta<br>Job Title: Representative (LEG)<br>Pay Rate: $2,109.61 Monthly | TAX DATA: Federal / GA State<br>Marital Status: Married / M-Sep<br>Allowances: 9 / 1+12<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | | | 2,109.61 | 1,216.00 | 14,767.27 |
| **TOTAL:** | | 0.00 | 2,109.61 | 1,216.00 | 14,767.27 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 30.59 | 214.13 |
| Fed OASDI/EE | 130.80 | 915.57 |
| GA Withholdng | 0.00 | 0.00 |
| **TOTAL:** | 161.39 | 1,129.70 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| SHBP Employer Plan | 621.36 | 4,349.52 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,109.61 | 2,109.61 | 161.39 | 0.00 | 1,948.22 |
| YTD | 14,767.27 | 14,767.27 | 1,129.70 | 0.00 | 13,637.57 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000000223739 | Checking | XXXXXXXXXXXXX0806 | 1,948.22 |
| **TOTAL:** | | | 1,948.22 |

MESSAGE:

| General Assembly of Georgia<br>State Capitol, Room 434<br>Atlanta GA 30334 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | MS1-Monthly Salaried - Members<br>11/01/2025<br>11/30/2025 | Business Unit:<br>Check #:<br>Check Date: | 44400<br>000000000226668<br>11/26/2025 |
|---|---|---|---|---|

| Dexter Sharper<br>19 Sharper Circle<br>Valdosta GA 31601 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 01002307<br>44402200-House Members<br>30334 Fulton Atlanta<br>Representative (LEG)<br>$2,109.61 Monthly | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Married<br>9 | GA State<br>M-Sep<br>1+12 |
|---|---|---|---|---|---|

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | | | 2,109.61 | 1,904.00 | 23,205.71 |
| TOTAL: | | 0.00 | 2,109.61 | 1,904.00 | 23,205.71 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 30.59 | 336.48 |
| Fed OASDI/EE | 130.79 | 1,438.75 |
| GA Withholdng | 0.00 | 0.00 |
| TOTAL: | 161.38 | 1,775.23 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| SHBP Employer Plan | 621.36 | 6,834.96 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,109.61 | 2,109.61 | 161.38 | 0.00 | 1,948.23 |
| YTD | 23,205.71 | 23,205.71 | 1,775.23 | 0.00 | 21,430.48 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000000226668 | Checking | XXXXXXXXXXXXX0806 | 1,948.23 |
| TOTAL: | | | 1,948.23 |

MESSAGE: